IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBINSON VICTOR GONZALEZ, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-CV-5917 |
| | : | |
| DOMESTIC RELATION/TACTICLE UNIT PHILADELPHIA, | : | |
| | : | |
|     Defendant. | : | |

## ORDER

AND NOW, this 8th day of January, 2025, upon consideration of Plaintiff Robinson Victor Gonzalez's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Gonzalez is **GRANTED** leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
**MARY KAY COSTELLO, J.**